IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LORI L. FAWBUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-204-WKW |
| | ) | |
| ALLISON M. LUSARDI, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that James Randolph Gillum, attorney for defendant Travelers Casualty and Surety Company, shall show cause in writing **on or before June 27, 2007,** why he has failed to comply with Local Rule 83.1 and the corresponding directives of the clerk's office.

DONE this 21st day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE