RECEIVED
2007 JUN 27 A II: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI L. FAWBUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:07 |
| v. ) | CASE NO.: cv-204-WKW |
| ) | |
| ALLISON M. LUSARDI, et. al., ) | |
| ) | |
| Defendants. ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW**, J. Randolph Gillum, attorney for Defendant Travelers Casualty and Surety Company, and states the following in response to this Honorable Court's Order to Show Cause:

(1) Attorney Gillum has filed an application for admission to practice in the Middle District of Alabama. A copy of the application is enclosed herewith

Respectfully Submitted:

_____
J. Randolph Gillum

OF COUNSEL:
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244
(205) 982-4620

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon the following:

> J. Tutt Barrett
> Dean & Barrett
> P.O. Box 231
> Opelika, Alabama 36803-0231
>
> Ron Davenport
> Rushton, Stakely, Johnston & Garrett
> P.O. Box 270
> Montgomery, Alabama 36101

By placing same in the US Mail, postage prepaid, on this the 26th day of June, 2007.

_____
Of Counsel

RECEIVED 2007 JUN 28 A 10: 31 DEBRA P. HACKETT. CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **J. RANDOLPH GILLUM** was duly admitted to practice in said Court on **May 26, 1999**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on June 26, 2007.

SHARON HARRIS, CLERK

By: _/s/ Calahan_
Deputy Clerk

M/D-39 revised 6/04

THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

APPLICATION FOR ADMISSION TO PRACTICE [1]

[1] This is an application for admission to the BAR OF THE COURT, fee for which is $170.00 as of 06/04. Application to APPEAR PRO HAC VICE should be by motion, accompanied by a fee of $20.00 and a certificate of good standing as detailed in local rule 83.1.

__James Randolph Gillum__
Full Name

__Rogers & Associates__
Firm/Business Associated with, if any

__(205) 982-4620__
Business Telephone Number

__428 Woodland Drive__ Birmingham 35209
Home Address

__September 1995 ASB 8149-M64J__
Date admitted to Supreme Court of Alabama & State Bar Code

__June 26, 2007__
Date

__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__
Social Security Number

__3000 Riverchase Galleria__ Birmingham
Suite 650     Firm/Business Address  35244

__(205) 982-4630__
Business Fax Number

__(205) 879-8940__
Home Telephone Number

__Northern District of Alabama__
Other courts admitted to practice

__/s/ James Randolph__
Signature of Applicant

---

You must pay a fee of $170 and comply with **either** local rule 83.1(a)(1)(A) **or** local rule 83.1(a)(1)(B) below:

either...

Local rule **83.1(a)(1)(A)** allows an applicant to the Bar of this Court to be admitted on order of a district judge of this Court and the administering of the prescribed oath. Applicant must be present to meet with the district judge and to be administered the oath.

MOTION FOR ADMISSION

The undersigned, _____, **a member of the bar of the United States District Court for the Middle District of Alabama**, does hereby move that the foregoing applicant be admitted to practice as an attorney of this Court, this the _____ day of _____, _____.

_____
Signature of Movant

ORDER FOR ADMISSION

Ordered that the above motion to admit applicant to the Bar of this Court is hereby granted. Signed this the _____ day of _____, _____.

_____
Signature of District Judge

or......  Pursuant to local rule **83.1(a)(1)(B)**, enclose a current and original Certificate of Good Standing  X

---

*Excerpt from Local Rule 83.1  Attorneys: Admission to Practice and Disciplinary Proceedings.*

a) Bar of Court. The Bar of this Court consists of those persons previously admitted to (and not removed from) the Bar of this Court and of those persons who hereafter are admitted under this rule.
   (1) Any attorney who is admitted to practice before the Supreme Court of Alabama may be admitted to the Bar of this Court upon the submission of an application, payment of the prescribed admission fee, and
      (A) the order of a district judge of this Court (on oral or written motion by a member of the Bar of this Court or on the Court's own motion), and the administering of the prescribed oath before any judge (or other designee) of this Court; or
      (B) the filing of a certificate of good standing from the Clerk of the United States District Court located within the district in which the applicant resides or regularly practices law.
(b) Appearance Pro Hac Vice. Any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices law, may, upon request, be admitted pro hac vice by an order of any district judge, magistrate judge, or bankruptcy judge of this Court. A certificate of good standing from the district in which the attorney is admitted must be attached to his/her request for admission pro hac vice. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this Court shall, contemporaneously with the filing of such papers, apply for admission pro hac vice as set out herein.

~~Check our web page on www.almd.uscourts.gov for current rules and fees ~~