IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 OCT -9 P 3: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LORI L. FAWBUSH, | * |
| Plaintiff, | * |
| v. | * CASE NO: 3:07-cv-204-WKW |
| ALLISON M. LUSARDI, et al. | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

Come now the parties and show unto this Court that this cause is to be dismissed with prejudice, each party to bear his own costs.

Respectfully submitted this 8th day of October, 2007.

_____
RONALD G. DAVENPORT (DAV044)
R. MAC FREEMAN, JR. (FRE046)
Attorneys for Defendant Allison M. Lusardi

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

1

_____
J. TUTT BARRETT (BAR049
Attorney for Plaintiff Lori L. Fawbush

OF COUNSEL:

Dean & Barrett
P.O. Box 231
Opelika, AL 36803-0231
(334) 749-2222
(334) 749-5857 (fax)
tuttb@bellsouth.net